UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

- v. -

LUIS TORIBIO,

          Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2024

**FINAL ORDER OF FORFEITURE**

22 Cr. 246 (GHW)

WHEREAS, on or about August 16, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 33), which ordered the forfeiture to the United States of all right, title and interest of LUIS TORIBIO (the "Defendant") in the following property:

    a. $136,096.57 in United States currency seized on or about September 9, 2020 from Capital One Bank account 7528402644, held by Conciliation USA Inc. (the "Conciliation Account"); and

    b. $285,874.95 in United States currency seized on or about September 9, 2020 from Kearny Bank account 294403177, held by TRM Multiservices LLC (the "TRM Account");

(the "Specific Property");

WHEREAS, on January 8, 2021, prior to the filing of the criminal indictment against the Defendant, the Government filed a Verified Civil Complaint for Forfeiture, 21 CV. 174 (AT) (the "Civil Action") seeking the forfeiture of the Specific Property;  WHEREAS, on or about February 23, 2021, the Defendant filed a Verified Claim in the Civil Action, asserting an interest in the Specific Property; WHEREAS, pursuant to the Preliminary Order of Forfeiture, the Defendant agreed to withdraw his Claim to the Specific Property filed in the Civil Action and consented to the forfeiture of the Specific Property;

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on October 4, 2023, for thirty (30) consecutive days, through November 2, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on January 23, 2024 (D.E. 44);

WHEREAS, on or about August 18, 2022, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested to:

Conciliation USA, Inc.
c/o Corporation Service Company

80 State Street
Albany, New York 12207

TRM Multi-Service LLC
15 Romondt Road
Pompton Plains, New Jersey 07444

Loruel Multi Services, LMS
709 East 183rd Street
Bronx, New York 10458

Englewood International Service Inc.
96 Engle Street
Englewood, New Jersey 07631

(the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only people and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.  United States Customs and Border Protection (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       Jan 24, 2024

                                        SO ORDERED:

                                        _____
                                        HONORABLE GREGORY H. WOODS
                                        UNITED STATES DISTRICT JUDGE